| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID A. WOOD, #272406<br>dwood@marshackhays.com<br>MATTHEW W. GRIMSHAW, #210424<br>mgrimshaw@marshackhays.com<br>AARON E. DE LEEST, #216832<br>adeleest@marshackhays.com<br>SARAH R. HASSELBERGER, #340640<br>shasselberger@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777 Facsimile: (949) 333-7778<br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff, Kids First Pediatric Therapy, Inc | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>KIDS FIRST PEDIATRIC THERAPY, INC.<br><br>Debtor(s). | CASE NO.: 2:25-bk-21513-DS<br>ADVERSARY NO.: 2:26-ap-01066-DS<br>CHAPTER: 11 |
| KIDS FIRST PEDIATRIC THERAPY, INC.<br><br>Plaintiff(s).<br>vs.<br>THE FUNDSWORKS, LLC<br><br>Defendant(s). | **JOINT STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE: 05/26/2026<br>TIME: 1:00 p.m.<br>COURTROOM: 1639<br>ADDRESS: 255 E Temple St., Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
The Fundworks, LLC ("Defendant") has not filed a responsive pleading to the complaint. On April 28, 2026, Kids First Pediatric Therapy, Inc. ("Plaintiff") filed a request for entry of default under Local Bankruptcy Rule 7055-1 and intends to move for default judgment upon entry of the Defendant's default.

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff does not anticipate trial in this case and intends to move for default judgment upon entry of the Defendant's default. | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff does not anticipate trial in this case and intends to move for default judgment upon entry of the Defendant's default. | |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff does not anticipate conducting discovery in this case and intends to move for default judgment upon entry of the Defendant's default. | |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff does not anticipate conducting discovery in this case and intends to move for default judgment upon entry of the Defendant's default. | |

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff does not anticipate trial in this case and intends to move for default judgment upon entry of the Defendant's default. | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plaintiff does not anticipate trial in this case and intends to move for default judgment upon entry of the Defendant's default. | |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Plaintiff does not anticipate trial in this case and intends to move for default judgment upon entry of the Defendant's default. | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested<br>Reasons:<br>Plaintiff does not anticipate the need for a pre-trial conference in this case and intends to move for default judgment upon entry of the Defendant's default. | Pretrial conference ☐ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(*date*) ___________ | Pretrial conference should be set after:<br>(*date*) ___________ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
The Parties are not engaged in settlement efforts.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☐ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

**Plaintiff**

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**Defendant**

☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

On April 28, 2026, as Dk. No. 5, the Plaintiff requested notice of entry of default, which was entered by the Court on April 28, 2026, as Dk. No. 7. On May 5, 2026, as Dk. No. 9, the Plaintiff filed a motion for default judgment, which is currently set for hearing on May 26, 2026, at 1:00 p.m., the same date and time as this instant status conference.

Respectfully submitted,

Date: 05/12/2026

Marshack Hays Wood LLP
Printed name of law firm

/s/ David A. Wood
Signature

David A. Wood
Printed name

Attorney for: Kids First Pediatric Therapy, Inc.

Date: ____________

______________________________
Printed name of law firm

______________________________
Signature

______________________________
Printed name

Attorney for: ______________________________

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled**: UNILATERAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 12, 2006,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR DEBTOR:** Aaron E. De Leest adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR:** Matthew Grimshaw mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- TRUSTEE: Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- **UST:** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdri v e.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEFENDANT** | **DEFENDANT** | **AGENT FOR SERVICE OF PROCESS** |
|---|---|---|
| THE FUNDWORKS, LLC<br>ATTN: VCORP SERVICES, LLC, GENERAL COUNSEL,<br>CEO, OR OFFICER, MANAGING OR GENERAL AGENT,<br>OR ANY OTHER AGENT AUTHORIZED TO RECEIVE SERVICE OF PROCESS<br>108 W. 13TH STREET, SUITE 100<br>WILMINGTON, NEW CASTLE, DE 19801 | THE FUNDWORKS LLC<br>C/O DEDICATED FINANCIAL GBC<br>ATTN: GENERAL COUNSEL,<br>CEO, OR OFFICER, MANAGING OR GENERAL AGENT,<br>OR ANY OTHER AGENT AUTHORIZED TO<br>RECEIVE SERVICE OF PROCESS<br>4000 LEXINGTON AVE N, SUITE 125<br>SHOREVIEW, MN 55126 | **THE FUNDWORKS LLC**<br>BRADLEY SMIEDT<br>10431 TROON AVENUE<br>LOS ANGELES, CA 90064 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
PRESIDING JUDGE'S COPY
Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2026 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |